■ MELIANE ROY et al., Appellants, v MARRIOTT RESIDENCE INN, Respondent. [735 NYS2d 798] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Nassau County (Burke, J.), dated May 2, 2001, which granted the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The Supreme Court properly determined that there are no issues of fact precluding summary judgment. Krausman, J. P., Luciano, Smith, Adams and Prudenti, JJ., concur.